FILED



8:39 am, 5/11/20

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBERT T. and MAIA T., individually And on behalf of R.T., a minor,<br><br>　　Plaintiff,<br><br>vs.<br><br>BLUE CROSS AND BLUE SHIELD OF WYOMING,<br><br>　　Defendant. | Case No. 19-CV-0247 - F |

## ORDER OF DISMISSAL

Based on the parties' stipulated motion and with good cause appearing, the above captioned matter is dismissed with prejudice. Each party is to bear its own fees and costs.

Dated this 11th day of May, 2020.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE